UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,
                          Plaintiff,

-v-

TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK,
                          Defendant.

19-CV-11328 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Before the Court are letters from Plaintiff John Doe and Defendant Trustees of Columbia University in the City of New York.[1] (Dkt. Nos. 16, 20.) Doe seeks "reconsider[ation]" of the Order of Service, dated December 16, 2019, in which the Court directed that the complaint — and all other documents using the unredacted names of certain nonparties involved in sensitive and personal events alleged by the complaint — be sealed. (Dkt. No. 9 at 2–4.) (The Order also denied Doe *in forma pauperis* status for purposes of an appeal. Dkt. No. 9 at 6.) Columbia opposes Doe's motion. (Dkt. No. 20.)

To prevail on a motion for reconsideration, "the movant must demonstrate (i) an intervening change in controlling law; (ii) the availability of new evidence; or (iii) the need to correct clear error or prevent manifest injustice." *DeJesus v. City of New York*, No. 13-CV-8366 JPO, 2015 WL 1925391, at *1 (S.D.N.Y. Apr. 28, 2015). Doe's motion, however, does none of these things. Accordingly, it is denied. The complaint shall remain under seal.

---

[1] Columbia asserts that it is officially incorporated under the name "The Trustees of Columbia University in the City of New York" and is therefore the sole defendant in this case. (Dkt. No. 15 at 1 n.1; Dkt. No. 20 at 1 n.1.)

1

Further, the Court orders that the names of the nonparties cited in Columbia's letter dated December 30, 2019 (Dkt. No. 15), shall be pseudonymized in this case until further order. The parties are directed to meet and confer on a set of pseudonyms for those nonparties, which shall be applied in all case-related filings until further order. The parties are also directed to meet and confer to create a pseudonymized version of the complaint, which shall be filed on or before February 14, 2020. A list of the pseudonyms and the corresponding names shall be sent to the Court and filed under seal.

SO ORDERED.

Dated: January 21, 2020
New York, New York

J. PAUL OETKEN
United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*